DENISE BOURGEOIS HALEY
ATTORNEY AT LAW 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4712

TEL: 562/868-5886
FAX:  562/868-5491
E-MAIL: rohlfing_office@msn.com

Attorney for plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY R. ALLEN, | ) Case No.:  1:09-CV-00401-SMS |
| Plaintiff, | ) STIPULATION TO DISMISSAL |
| vs. | ) WITH PREJUDICE; |
| MICHAEL J. ASTRUE, | ) ORDER |
| COMMISSIONER SOCIAL | ) |
| SECURITY, | ) |
| Defendant | ) |

The parties, through their undersigned counsel of record, HEREBY

STIPULATE, subject to the approval of the Court, to a dismissal of the above-

captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil

///

///

///

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1    Procedure, which dismissal shall be with prejudice.

2          Each party shall bear his/her own costs and expenses, including but not

3    limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

4

5    DATED: September 15, 2009    LAW OFFICES OF LAWRENCE D. ROHLFING

6
                                   */s/- Denise Bourgeois Haley*
7                                  Denise Bourgeois Haley
                                   Attorneys for plaintiff
8

9    DATED: September 15, 2009    LAWRENCE G. BROWN
                                   United States Attorney
10                                 LUCILLE GONZALES MEIS
                                   Chief, Civil Division
11

12
                                   */s/ Elizabeth Firer*
13                                 Elizabeth Firer
                                   Special Assistant United States Attorney
14                                 Attorneys for Defendant
                                   [*By email authorization on 09/15/2009*]
15

16

17

18

19

20

21

22

23

24

25

26

PDF created with pdfFactory trial version www.pdffactory.com

1  DENISE BOURGEOIS HALEY
   ATTORNEY AT LAW 143709
2  LAW OFFICES OF LAWRENCE D. ROHLFING
   12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3  SANTA FE SPRINGS, CALIFORNIA  90670-4712

4  TEL: 562/868-5886
   FAX:  562/868-5491
5  E-MAIL: rohlfing_office@msn.com

6  Attorney for plaintiff

7

8              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA
9

10

11 TAMMY R. ALLEN,                    )  Case No. 1:09-CV-00401-SMS
                                      )
12          Plaintiff,                )  ORDER DISMISSING CASE WITH
        vs.                           )  PREJUDICE
13                                    )
   MICHAEL J. ASTRUE,                 )
14 COMMISSIONER SOCIAL                )
   SECURITY,                          )
15                                    )
            Defendant                 )
16 _____   )

17         Based upon the parties' Stipulation to Dismissal With Prejudice

18 ("Stipulation"),

19         **IT IS ORDERED** that the above-captioned matter is dismissed pursuant to

20 Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with

21 prejudice. Each party shall bear his/her own costs and expenses, including but not

22 limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

23 DATED:    September 21, 2009

24

25              /s/ Sandra M. Snyder
            UNITED STATES MAGISTRATE JUDGE
26

                              -3-

PDF created with pdfFactory trial version www.pdffactory.com